IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>  v.<br><br>4395 PIEDMONT AVENUE, LLC, MARK and KIM PECKHAM,<br><br>    Defendants.<br>                                                          / | No. C 11-02549 WHA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE INDIVIDUAL DEFENDANTS** |

Plaintiff moves to extend time to serve the individual defendants, Mark and Kim Peckham. The original complaint in this action was filed on May 25, 2011. Plaintiff's counsel have made several attempts to serve the individual defendants and are continuing their efforts. Good cause having been shown, the motion is **GRANTED** and plaintiff has 60 days from the date of this order to complete service of summons and the amended complaint on Mark and Kim Peckham.

**IT IS SO ORDERED.**

Dated: August 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE